# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAMMY ALLEMAND,**
        **Plaintiff,**

**-vs-**           **Case No. 6:03-cv-1468-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**
        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNCONTESTED AMENDED PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 27)**
>
> **FILED:** June 13, 2005
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Tammy Allemand, seeks an award of attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on March 10, 2005. Doc. No. 22. An award of fees and expenses is, therefore, ripe for consideration.

Allemand's attorney seeks $2,100.09 in attorney's fees for 13.90 hours of work. The hourly rate he seeks is $147.73 for work performed in 2003, $151.65 for work performed in 2004 and $153.10 for work performed in 2005 pursuant to a provision in the EAJA that allows the Court to

adjust the statutory hourly rate based on changes in the cost of living. *See* Doc. No. 25.  The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked.  After reviewing the papers submitted by Allemand, I find that the fees requested are appropriate in the absence of objection.

Allemand also seeks reimbursement for $30.60 in expenses.  The Commissioner does not oppose these expenses.  Because there is no objection to these expenses, I find that these expenses were reasonably incurred.

It is, therefore, **ORDERED** that Allemand is awarded $2,100.09 in attorney's fees and $30.60 in expenses.

**DONE** and **ORDERED** in Orlando, Florida on June 14, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties